**Below is a Judgment of the Court.**

*[signature]*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **PELROY, Stacy Ann,**<br>Debtor.<br>_____<br>**PELROY, Stacy Ann,**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**<br>Defendant. | Case No. 24-11873-CMA<br><br>Adversary Number: 24-01067-CMA<br><br>**EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT** |

Plaintiff Stacy Ann Pelroy and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring A Partial Discharge of Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that the loan debts identified on attached Exhibit A, (the Debt), are dischargeable under 11 U.S.C. § 523(a)(8). Specifically, NSLDS Loan No. 17 is subject to discharge in full and NSLDS Loan No. 18 is subject to discharge in part, totaling $37,297.34 student loan debt that is dischargeable. The remainder of NSLDS 18, totaling $36,500.00, is not dischargeable and shall survive the bankruptcy.

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-01067-CMA    Doc 14    Filed 05/01/25    Ent. 05/01/25 15:30:28    Pg. 1 of 4

**Below is a Judgment of the Court.**

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying a portion of the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt, as identified in Exhibit A, is dischargeable in part under 11 U.S.C. § 523(a)(8).

3. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 24-11873-CMA, NSLDS Loan No. 17 is subject to discharge in full and NSLDS Loan No. 18 is subject to discharge in part, totaling $37,297.34 student loan debt that is dischargeable. The remainder of NSLDS 18, totaling $36,500.00, is not dischargeable and shall survive the bankruptcy.

4. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

and

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Case 24-01067-CMA    Doc 14    Filed 05/01/25    Ent. 05/01/25 15:30:28    Pg. 2 of 4

**Below is a Judgment of the Court.**

1  Attorneys for United States of America

26  EX PARTE CONSENT JUDGMENT DECLARING A PARTIAL
DISCHARGE OF PLAINTIFF'S STUDENT LOAN DEBT- 3

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Re: Stacy A Pelroy vs. U.S. Dept. of Education
Adv. No.: 24-01067, Bankr. Case No.: 24-11873

### Exhibit A

**NSLDS #17 subject to Discharge in Full. NSLDS #18 subject to Partial Discharge of $37,297.34 and nondischargeable in the amount of $36,500.00**

| NSLDS Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type | Loan Status | Principal [5] | Interest | Entered Repayment [6] |
|---|---|---|---|---|---|---|---|---|
| 18 | DEPT OF ED/AIDVANTAGE | 2017-12-05 | 37405 | DIRECT CONSOL UNSUB | Bankruptcy, Active | 39195 | 3874 | 12/5/2017 |
| 17 | DEPT OF ED/AIDVANTAGE | 2017-12-05 | 24225 | DIRECT CONSOL SUB | Bankruptcy, Active | 25234 | 2494 | 12/5/2017 |